| | |
|---|---|
| KAREEM SALESSI,<br><br>        Plaintiff,<br><br>    vs.<br><br>Commonwealth Land Title Insurance Company; Debra A. Ortiz; Patrick F. Ortiz; Coast Cities Escrow; Western Surety Company; Cameron Merage; Ann E. Skinner; County of ; Golden West Savings Association Service Co.; World Savings Bank, FSB; Wachovia Mortgage, FSB; Wachovia Corporation; Fidelity National Financial; William M. Monroe; Michael B. Goldberg; Anglin Flewelling Rasmussen Campbell & Trytten LLP; Frederick J. Hickman; John Chakmak; Buxbaum & Chakmak; and Does from 1 through 10, inclusive<br><br>        Defendants. | CASE NO.:  8:08-cv-01274-DOC-JPR<br><br>**JUDGMENT OF DISMISSAL OF DEFENDANTS WACHOVIA CORPORATION, WORLD SAVINGS BANK, FSB, AND WACHOVIA MORTGAGE, FSB**<br><br>[*Hon. David O. Carter, District Judge*] |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Defendant Wachovia Corporation filed a motion to dismiss all claims against it in the First Amended Complaint. [Dkt. 115, Wachovia Motion]. Wachovia Corporation merged into Wells Fargo & Co., a Del. corp., after this case was filed. The court granted that motion to dismiss. [Dkt. 178, Order of Oct. 16, 2013, pgs. 1 & 12-13]. The court's order dismissing of all claims against Wachovia Corporation, also includes named defendants World Savings Bank, FSB, and Wachovia Mortgage, FSB. [Dkt. 178, Order, *supra*, p. 13 fn. 8].

ACCORDINGLY,

Judgment of Dismissal of the case and all claims against Wachovia Corporation, World Savings Bank, FSB, and Wachovia Mortgage, FSB is hereby granted.  The Clerk of the Court shall enter judgment accordingly.

Dated:  November 13, 2013        _____
David O. Carter, U. S. District Judge